# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

132792

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMYRUTH L. COOPER, by her Next Friend,
SHARON L. STROZEWSKI, and LORALEE
A. COOPER, by her Next Friend, SHARON L.
STROZEWSKI,
          Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
          Defendant-Appellee.

SC: 132792
COA: 261736
Washtenaw CC: 03-000367-NF

_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the plaintiffs' common law cause of action for fraud is subject to the one-year-back rule of MCL 500.3145(1).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

_____
Clerk

p0516